[No. 26005–7–I.   Division One.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. EMANUEL
JOSEPH WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–05495–9, Norma Smith Huggins, J.,
entered March 22, 1990. *Dismissed* by unpublished per
curiam opinion.

[No. 26395–1–I.   Division One.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON T.
BLACKWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90–8–00813–6, Norma Smith Huggins, J.,
entered May 29, 1990. *Dismissed* by unpublished per
curiam opinion.

[No. 25942–3–I.   Division One.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 90–8–00062–0, Frank A. Morrow, J. Pro
Tem., entered April 11, 1991. *Dismissed* by unpublished
per curiam opinion.

[No. 25992–0–I.   Division One.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
KIEHLBAUCH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–04065–1, Anthony P. Wartnik, J.,
entered March 20, 1990. *Dismissed* by unpublished per
curiam opinion.